UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN S. MIGUEL

    v.                    C.A. No. 15-281 ML

A.T. WALL

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to a Report and Recommendation issued by Magistrate Judge Almond (Docket #10).  The Court has reviewed the Report and Recommendation and the Objection.  Finding no merit in the Objection, the Court adopts the Report and Recommendation in its entirety.

The Petition is dismissed for lack of jurisdiction because this is a "second or successive" Petition.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
January 8, 2016