UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN MIGUEL

    v.                                                                                                            CA 15-281 ML

A.T. WALL

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Objection to Reports and Recommendations issued by Magistrate Judge Almond on February 16, 2016 (Docket #19) and on March 2, 2016 (Docket #24).

The Court has reviewed both Reports and Recommendations and Petitioner's submissions. While it appears that Petitioner may not qualify for in forma pauperis status, (he has an average balance of $2264.22 in his inmate account) (Docket #22) even if the Court were to grant him such status, his Motions to Proceed In Forma Pauperis (Docket # 18 and #21) would have to be denied for the reasons set forth in both Reports and Recommendations: the instant petition is a second or successive petition which this Court has no jurisdiction to consider absent authorization from the Court of Appeals.

Accordingly, the Motion to appeal in forma pauperis is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
March 25, 2016